UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 15813
    DIANE L BRYANT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8377


-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
    The case was filed on 04/22/2005 and was confirmed 07/11/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.86%.

    The case was paid in full 06/06/2008.
-------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL FURNITURE | SECURED | 500.00 | 15.08 | 500.00 |
| NATIONAL FURNITURE COMPA | UNSECURED | 1312.96 | .00 | 142.61 |
| ACC INTERNATIONAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CASH NOW HAMPTON ROADS | UNSECURED | 622.59 | .00 | 67.63 |
| CASH NOW SANTA ROSA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2905.00 | .00 | 315.54 |
| FCNB PREFERRED CHARGE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEM | NOTICE ONLY | NOT FILED | .00 | .00 |
| PAYDAY OK | UNSECURED | NOT FILED | .00 | .00 |
| RIDDLE & ASSOC PC | NOTICE ONLY | NOT FILED | .00 | .00 |
| TCF CAPITAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1853.10 | .00 | 201.28 |
| PREMIER BANCARD CHARTER | UNSECURED | 133.52 | .00 | 14.50 |
| COMMONWEALTH EDISON | UNSECURED | 1160.57 | .00 | 126.06 |
| LEEDERS & ASSOCIATES LTD | DEBTOR ATTY | 2,450.00 | | 2,450.00 |
| TOM VAUGHN | TRUSTEE | | | 235.32 |
| DEBTOR REFUND | REFUND | | | 56.48 |

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,124.50 | |
| PRIORITY | | .00 |
| SECURED | | 500.00 |
|     INTEREST | | 15.08 |
| UNSECURED | | 867.62 |
| ADMINISTRATIVE | | 2,450.00 |
| TRUSTEE COMPENSATION | | 235.32 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 15813 DIANE L BRYANT

```
DEBTOR REFUND                                                  56.48
                          ---------------    ---------------
TOTALS                        4,124.50           4,124.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                          PAGE   2
          CASE NO. 05 B 15813 DIANE L BRYANT